IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS HENRY WILLIAMS                                PLAINTIFF

v.                  Civil No. 05-2004

FRANK ATKINSON; CAPTAIN
CONGER; CPL. CARLA CINK;
OFFICER CODY SCARBOR;
and SGT. BROWN                                            DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Thomas Henry Williams filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on January 12, 2005. His complaint was filed in forma pauperis (IFP).

On March 13, 2006, defendants filed a motion for summary judgment (Doc. 25). On July 28, 2006, the undersigned entered an order (Doc. 28) directing Williams to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by September 25, 2006. On August 7, 2006, the court's order and attached questionnaire were returned as undeliverable. On August 8, 2006, a change of address was entered (Doc. 30). On August 25, 2006, an order was entered directing the clerk to re-mail the court's questionnaire to the plaintiff and plaintiff was given until September 22, 2006, to complete, sign, and return, the questionnaire. Plaintiff was informed that failure to comply with the court's order may subject the case to dismissal.

To date, the plaintiff has failed to respond to the questionnaire. The court's order and attached questionnaire that were mailed out on August 25th have not been returned as undeliverable. Plaintiff has not informed the court of any change in his address.

-1-

AO72A
(Rev. 8/82)

I therefore recommend Williams' claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of October 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)