**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**THOMAS HENRY WILLIAMS**                                              **PLAINTIFF**

       v.        Civil No. 05-2004

**FRANK ATKINSON; CAPTAIN**
**CONGER; CPL. CARLA CINK;**
**OFFICER CODY SCARBOR;**
**and SGT. BROWN**                                                    **DEFENDANTS**

## O R D ER

Now on this 13th day of November, 2006, comes on for consideration the Report And Recommendation Of The Magistrate Judge (document #32), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Report And Recommendation Of The Magistrate Judge (document #32) is adopted in its entirety.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report And Recommendation, the **plaintiff's claims are dismissed** on the grounds that he has failed to prosecute this action and comply with the order of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**